# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DEVON SERVICE, LLC, AN ASSIGNEE OF CUSTOMERS BANK, SUCCESSOR TO BERKSHIRE BANK, | : No. 186 MAL 2020 |
| | : |
| Respondent | : Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| JOHN M. HERMAN A/K/A JOHN HERMAN, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.